# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN W. HANER,
Appellant,

vs.

SHELLY A. HANER,
Respondent.

No. 72952

**FILED**

JUN 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Bryce C. Duckworth, District Judge, Family Court Division
      Hurtik Law & Associates
      Shelly A. Haner
      Eighth District Court Clerk

---

[1]Based on appellant's voluntary dismissal, the court takes no action in regard to the pro se document filed on June 15, 2017.